Fill in this information to identify the case:

Debtor 1      Steven S. Chodorowski
Debtor 2      Lisa D. Chodorowski

United States Bankruptcy Court for the:    Eastern District of Michigan, Detroit Division    District of    MI
                                                                                                           (State)

Case Number      14-57710

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.**

**Name of Creditor:**                                          **Court claim no. (if known):**    4
US Bank Trust National Association as trustee of Chalet Series III Trust

                                                               **Date of payment change:**    09/01/2018
                                                               Must be at least 21 days after date of this notice

**Last four digits** of any number you use to identify the debtor's account:    1272    **New total payment:**    $904.13
                                                               Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:**    $314.87    **New escrow payment:**    $376.30

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:**                        **New interest rate:**
   **Current principal and interest payment:**       **New principal and interest payment:**

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____
   **Current mortgage payment:**                     **New mortgage payment:**

| Debtor 1 | Steven S. Chodorowski | Debtor 2 | Lisa D. Chodorowski | Case Number (*if known*) | 14-57710 |
|---|---|---|---|---|---|
| | First Name Middle Name Last Name | | | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor

☑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Elizabeth Lewis                                   Date    8/10/18
Signature

**Print**          Elizabeth Lewis                        Title    BK Case Manager

Company      Shellpoint Mortgage Servicing

Address       PO Box 10826

              Greenville                SC        29603-0826

Contact phone  (800) 365-7107           Email    mtgbk@shellpointmtg.com



Shellpoint Mortgage Servicing  
55 Beattie Place  
Suite 110  
Greenville, SC 29601  
For Inquiries: (800) 365-7107

Final

STEVEN CHODOROWSKI  
LISA CHODOROWSKI  
Klimmek & Roose PLC  
29829 Greenfield Rd Suite 102  
South Field MI 48076

Analysis Date: July 02, 2018  
Loan: ███

Property Address:  
527 E Sunnybrook Drive  
Royal Oak, MI 48073

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Sep 01, 2018 | Prior Esc Pmt | January 01, 2018 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $527.83 | $527.83 | P & I Pmt: | $527.83 | Due Date: | Jan 01, 2018 |
| Escrow Pmt: | $314.87 | $376.30 | Escrow Pmt: | $314.87 | Escrow Balance: | ($3,895.95) |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $2,518.96 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $1,884.99 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment: | $842.70 | $904.13 | Total Payment: | $842.70 | Anticipated Escrow Balance: | ($3,261.98) |

| Shortage/Overage Information | Effective Sep 01, 2018 |
|---|---|
| Upcoming Total Annual Bills | $3,191.99 |
| Required Cushion | $532.00 |
| Required Starting Balance | $708.95 |
| Escrow Shortage | ($3,970.93) |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of $532.00. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below $532.00 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Jan 2018 to Aug 2018. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | $999.79 | ($4,737.46) |
| Jan 2018 | $266.08 | $920.98 | $89.04 | $89.04 | * | Lender Placed Hazard | $1,176.83 | ($3,905.52) |
| Jan 2018 | | | | $89.04 | * | Lender Placed Hazard | $1,176.83 | ($3,994.56) |
| Feb 2018 | $266.08 | $314.87 | $89.04 | | * | Lender Placed Hazard | $1,353.87 | ($3,679.69) |
| Mar 2018 | $266.08 | $629.74 | $89.04 | $81.98 | * | Lender Placed Hazard | $1,530.91 | ($3,131.93) |
| Apr 2018 | $266.08 | $629.74 | $89.04 | $89.04 | * | Lender Placed Hazard | $1,707.95 | ($2,591.23) |
| May 2018 | $266.08 | | $89.04 | $87.83 | * | Lender Placed Hazard | $1,884.99 | ($2,679.06) |
| Jun 2018 | $266.08 | $314.87 | $89.04 | $89.04 | * | Lender Placed Hazard | $2,062.03 | ($2,453.23) |
| Jun 2018 | | | | $1,354.89 | * | Water/Sewer Tax | $2,062.03 | ($3,808.12) |
| Jul 2018 | $266.08 | | $1,706.91 | | * | City Tax | $621.20 | ($3,808.12) |
| Jul 2018 | | | $89.04 | $87.83 | * | Lender Placed Hazard | $532.16 | ($3,895.95) |
| Aug 2018 | $266.08 | | $89.04 | | * | Lender Placed Hazard | $709.20 | ($3,895.95) |
| | | | | | | Anticipated Transactions | $709.20 | ($3,895.95) |
| Jul 2018 | | $2,204.09 P | | $89.04 | | Lender Placed Hazard | | ($1,780.90) |
| Jul 2018 | | P | | $1,706.91 | | City Tax | | ($3,487.81) |
| Aug 2018 | | $314.87 P | | $89.04 | | Lender Placed Hazard | | ($3,261.98) |
| | $2,128.64 | $5,329.16 | $2,419.23 | $3,853.68 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.  
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | ($3,261.98) | $708.95 |
| Sep 2018 | $266.00 | $89.04 | Lender Placed Hazard | ($3,085.02) | $885.91 |
| Oct 2018 | $266.00 | $89.04 | Lender Placed Hazard | ($2,908.06) | $1,062.87 |
| Nov 2018 | $266.00 | $89.04 | Lender Placed Hazard | ($2,731.10) | $1,239.83 |
| Dec 2018 | $266.00 | $416.60 | City Tax | ($2,881.70) | $1,089.23 |
| Dec 2018 |  | $89.04 | Lender Placed Hazard | ($2,970.74) | $1,000.19 |
| Jan 2019 | $266.00 | $89.04 | Lender Placed Hazard | ($2,793.78) | $1,177.15 |
| Feb 2019 | $266.00 | $89.04 | Lender Placed Hazard | ($2,616.82) | $1,354.11 |
| Mar 2019 | $266.00 | $89.04 | Lender Placed Hazard | ($2,439.86) | $1,531.07 |
| Apr 2019 | $266.00 | $89.04 | Lender Placed Hazard | ($2,262.90) | $1,708.03 |
| May 2019 | $266.00 | $89.04 | Lender Placed Hazard | ($2,085.94) | $1,884.99 |
| Jun 2019 | $266.00 | $89.04 | Lender Placed Hazard | ($1,908.98) | $2,061.95 |
| Jul 2019 | $266.00 | $1,706.91 | City Tax | ($3,349.89) | $621.04 |
| Jul 2019 |  | $89.04 | Lender Placed Hazard | ($3,438.93) | $532.00 |
| Aug 2019 | $266.00 | $89.04 | Lender Placed Hazard | ($3,261.97) | $708.96 |
|  | $3,192.00 | $3,191.99 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is ($3,261.98). Your starting balance (escrow balance required) according to this analysis should be $708.95. This means you have a shortage of $3,970.93. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 36 months. We anticipate the total of your coming year bills to be $3,191.99. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $266.00 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $110.30 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $376.30 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $793.83 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.

------------------------------------------------------------------------

✂ Detach Here

**Shellpoint**  
Mortgage Servicing  
Shellpoint Mortgage Servicing  
55 Beattie Place  
Suite 110  
Greenville, SC 29601  
(800) 365-7107  

Shellpoint Mortgage Servicing  
P.O. Box 740039  
Cincinnati, OH 45274-0039  

**Escrow Shortage Reply (This is not a bill)**

Loan Number:  
Full Shortage Amount: $3,970.93  
Payment Amount: $_____

Your escrow shortage has been spread over 36 months, resulting in an additional increase in your monthly payment in the amount of $110.30.

IF YOU CHOOSE to pay your shortage in full, please visit http://www.shellpointmtg.com/ in order to expedite your payment You can also mail this coupon with your remittance of the full shortage amount to the address to the left

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan - Detroit

In Re: Steven S Chodorowski
Lisa D Chodorowski

Case No: 14-57710
Chapter: 13

## PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, August 10, 2018.

**COURT:**
US Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, Michigan 48226

**TRUSTEE:**
DAVID W RUSKIN
1100 TRAVELERS TOWER 2655
EVER
SOUTHFIELD, MI 48076

**DEBTORS COUNSEL:**
ADAM M ROOSE
KLIMMEK AND ROOSE PLC
29829 GREENFIELD RD STE 102
SOUTHFIELD, MI 48076-2201

**DEBTORS:**
STEVEN S CHODOROWSKI
LISA D CHODOROWSKI
29829 Greenfield Rd. Suite 102
Southfield, MI 48073-2201

/s/ Elizabeth Lewis

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826
(800) 365-7107
mtgbk@shellpointmtg.com