# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

STEVEN S CHODOROWSKI
LISA D CHODOROWSKI
        Debtors

CHAPTER **13**
Case No. 14-57710-PJS
Judge PHILLIP J. SHEFFERLY

### TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION

*Please read this Report carefully. It advises you of certain rights and deadlines imposed pursuant to the law.*
**Your rights may be adversely affected.**

David Wm. Ruskin, Standing Chapter 13 Trustee, pursuant to F.R.Bankr.P. 3002.1(f) and E.D. Mich. LBR 2015-3(a)(1), reports to the Court that the above-named Debtors have completed all payments under the confirmed Chapter 13 plan.

This notice is provided pursuant to F.R.Bankr.P. 3002.1(f), to claimants whose claims are secured by a security interest in the debtors' principal residence and whose claims are provided for under 11 U.S.C. 1322(b)(5).

> **IF YOUR CLAIM WAS PAID BY THE TRUSTEE, THE DEBTORS HAVE PAID IN FULL THE AMOUNT REQUIRED TO CURE ANY DEFAULT ON YOUR CLAIM.**
>
> **IF YOUR CLAIM WAS PAID DIRECTLY BY THE DEBTORS OR THE AUTOMATIC STAY WAS LIFTED DURING THE TERM OF THE DEBTORS' CHAPTER 13 PLAN, THE TRUSTEE DOES NOT HAVE ANY INFORMATION REGARDING WHETHER THIS OBLIGATION IS CURRENT.**
>
> **PURSUANT TO F.R.BANKR.P. 3002.1(g), YOU ARE REQUIRED TO FILE AND SERVE A RESPONSE ON THE DEBTORS, DEBTORS' COUNSEL AND THE TRUSTEE, NO LATER THAN 21 DAYS AFTER SERVICE OF THIS NOTICE. F.R.BANKR.P. 3002.1(g) SETS FORTH THE SPECIFICS GOVERNING THE REQUIRED RESPONSE.**

©2018 David Wm. Ruskin

In addition to the requirements of F.R.Bankr.P. 3002.1(g), pursuant to E.D. Mich. LBR 2015-3(a)(2), if the Court determines that Debtors' are eligible for a Discharge, the Order of Discharge will include findings that:

1. All allowed claims have been paid in accordance with the plan; and

2. With respect to any secured claim that continues beyond the term of the plan, any prepetition or post-petition defaults have been cured.

Pursuant to E.D. Mich. LBR 2015-3(a)(3), if the Court determines that Debtors' are eligible for a Discharge, the Order of Discharge will direct that:

1. Any creditor who held a secured claim that was fully paid shall execute and deliver to the Debtors a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and

2. Any creditor who holds a secured claim that continues beyond the term of the plan shall take no action inconsistent with the findings set forth in the Order of Discharge.

### RIGHTS AND DUTIES OF DEBTORS

**Duty of Debtors regarding secured debt obligations:** Every Debtor, regardless of whether the Debtor is or claims to be entitled to a discharge, must:

1. Immediately begin making the required payments on secured debt obligations to avoid defaulting on those secured debt obligations.

2. Continue to make required payments on secured debt obligations until those obligations are paid in full. If the Court determines that the Debtors are eligible for a Discharge, the Chapter 13 Discharge will not discharge the Debtors from any obligation on any continuing secured debt payments that come due after the date of the Debtors' last payment under the Plan.

*See* E.D. Mich. LBR 2015-3(a)(6)&(7).

**If the Debtor claims to be eligible for a discharge pursuant to 11 USC Section 1328:**

1. Within 28 days of the date of this Chapter 13 Trustee's Report, the Debtor must file with the Court the Certification Regarding Domestic Support Obligations. The form and instructions on how to complete this form may be found on the Court's web site, www.mieb.uscourts.gov.

2. If this is a Joint Case, each Debtor must separately complete and file the Certification Regarding Domestic Support Obligations. The form and instructions on how to complete this form may be found on the Court's web site, www.mieb.uscourts.gov.

3. If the Debtor fails to complete and file the Certification Regarding Domestic Support Obligations within 28 days of the date of this Chapter 13 Trustee's Report, the Debtor's case may be closed by the Court without the entry of a discharge. The form and instructions on how to complete this form may be found on the Court's web site, www.mieb.uscourts.gov.

©2018 David Wm. Ruskin

**RIGHTS AND DUTIES OF CREDITORS**

In addition to the requirements of F.R.Bankr.P. 3002.1(g), pursuant to E.D. Mich. LBR 2015-3(a)(4), if any party in interest asserts that:

1. The Debtors have failed to make all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan; or

2. The Debtors are not current in any payments the Debtors were authorized to make directly to a creditor; or

3. One or more allowed claims have not been paid in accordance with the plan; or

4. With respect to any secured claim that continues beyond the term of the plan, there remains prepetition or post-petition defaults that have not been cured; or

5. A creditor has a lawful reason to refuse to execute or deliver a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; or

6. There exists reasonable cause to believe that:

    (a) 11 U.S.C. Section 522(q)(1) may be applicable to the Debtors; or

    (b) There is pending any proceeding in which the Debtors may be found guilty of a felony of the kind specified in 11 U.S.C. Section 522(q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B)

the party may file an objection to this Report. Any objection must be filed not later than 21 days after service of this Trustee's Report. If a timely objection is filed, the Court will delay entry of the order of discharge until the Court resolves the objection and a hearing will be scheduled with notice to the objecting party.

In addition to the requirements of F.R.Bankr.P. 3002.1(g), if no objection to this Trustee's Report is timely filed, pursuant to E.D. Mich. LBR 2015-3(a)(5), it shall be conclusively determined that:

1. Debtors have made all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan; and

2. Debtors are current in all payments Debtors were authorized to make directly to a creditor; and

3. All allowed claims have been paid in accordance with the plan; and

4. With respect to any secured claim that continues beyond the term of the plan, all prepetition and post-petition defaults have been cured; and

5. A creditor has no lawful reason to refuse to execute or deliver a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and;

6. There exists no reasonable cause to believe that:

    (a) 11 U.S.C. Section 522(q)(1) may be applicable to the Debtors; or

    (b) There is pending any proceeding in which the debtors may be found guilty of a felony of the kind specified in 11 U.S.C. Section 522(q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B)

7. The Court may enter an order of discharge containing the terms set forth above without further notice or hearing.

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT<br>David Wm. Ruskin, Chapter 13 Standing Trustee

Dated: March 04, 2020

/s/ Lisa K. Mullen
DAVID WM. RUSKIN (P26803)
Attorney and Chapter 13 Standing Trustee
LISA K. MULLEN (P55478)
THOMAS D. DECARLO (P65330)
26555 Evergreen Road Ste 1100
Southfield, MI 48076-4251
Telephone (248) 352-7755

©2018 David Wm. Ruskin

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**
STEVEN S CHODOROWSKI
LISA D CHODOROWSKI
       Debtors

CHAPTER 13
Case No. 14-57710-PJS
Judge PHILLIP J. SHEFFERLY

### PROOF OF SERVICE OF TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION

 I hereby certify that on March 04, 2020, I electronically filed the TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

 The following parties were served electronically:

Roose Law Plc
29829 Greenfield Rd Ste 102
Southfield, MI 48076

 The parties on the attached list were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto.

/s/ Deanna Thiel
_____
Deanna Thiel
For the Office of the Chapter 13 Standing Trustee-Detroit
26555 Evergreen Road Ste 1100
Southfield, MI 48076-4251
(248) 352-7755

©2016 David Wm. Ruskin

STEVEN S CHODOROWSKI
LISA D CHODOROWSKI
527 E. SUNNYBROOK DR
ROYAL OAK, MI  48073

ALAN GRODIN DDS
430 SOUTH MAIN ST.
CLAWSON, MI 48017

ASSET ACCEPTANCE LLC
% MIDLAND CREDIT MANAGEMENT
P O BOX 2036
WARREN, MI 48090

CAPITAL ONE AUTO FINANCE
% ASCENSION CAPITAL GROUP
P O BOX 201347
ARLINGTON, TX 76006

CAPITAL ONE AUTO FINANCE
% AIS PORTFOLIO SERVICES LP FKA AIS
DATA SERVICES
DBA ASCENSION CAPITAL GROUP
P O BOX 4360
HOUSTON, TX 77210-4360

CAPITAL ONE AUTO FINANCE
3905 N DALLAS PKWY
PLANO, TX 75093

CAPITAL ONE AUTO FINANCE
3901 DALLAS PARKWAY
PLANO, TX 75093

CITIMORTGAGE INC
P O BOX 9438
GAITHERSBURG, MB 20898

CITIMORTGAGE INC
P O BOX 688971
DES MOINES, IA 50368

CITY OF ROYAL OAK
WATER DEPARTMENT
211 WILLIAMS ST P O BOX 64
ROYAL OAK, MI 48068-0064

CREDIT COLLECTION SVC
P O BOX 773
NEEDHAM, MA 02494

CREDIT COLLECTIONS SRV
P O BOX 9134
NEEDHAM, MA 02494

CREDIT MANAGEMENT
4200 INTERNATIONAL PARKWAY
CARROLLTON, TX 75007-1930

DATA SEARCH
P O BOX 461289
SAN ANTONIO, TX 78246-1289

DATASEARCH
1802 NE LOOP 410 STE 400
SAN ANTONIO, TX 78217

DTE
P O BOX 740786
CINCINNATI, OH 45274

DTE ENERGY
3200 HOBSON  LOWER LEVEL
DETROIT, MI 48201

©2018 David Wm. Ruskin

DTE ENERGY
ATTN BANKRUPTCY
ONE ENERGY PLAZA 2160 WCB
DETROIT, MI 48226

DTE ENERGY (DETROIT EDISON/MICHCON
ONE ENERGY PLAZA 735 WCB
DETROIT, MI 48226

MERCHANTS & MEDICAL
6324 TAYLOR DR
FLINT, MI 48507

MTGLQ INVESTORS LP
% SHELLPOINT MORTGAGE SERVICING
P O BOX 10826
GREENVILLE, SC 29603-0826

OAKLAND COUNTY TREASURER
1200 N TELEGRAPH
PONTIAC, MI 48341

OLD REPUBLIC INSURANCE COMPANY
% REPUBLIC EQUITY CREDIT SERVICES
307 N MICHIGAN AVE 15TH FLOOR
CHICAGO, IL 60601

TROTT LAW PC
31440 NORTHWESTERN HWY STE. 200
FARMINGTON HILLS, MI 48334-5422

US BK TRUST NA TRUSTEE OF TIKI III TRUST
% SN SERVICING CORP
323 5TH ST
EUREKA, CA 95501

WILLIAM BEAUMONT HOSPITAL
500 STEPHENSON HIGHWAY
P O BOX 5042
TROY, MI 48007

©2018 David Wm. Ruskin